**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

LEODIS RANDLE,                                                        PLAINTIFF
#2993-19

V.                              CASE NO. 4:19-CV-630-DPM-BD

ERIC HIGGINS and
DOES                                                                DEFENDANTS

**RECOMMENDED DISPOSITION**

**I.**      **Procedure for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Chief Judge

D.P. Marshall Jr. Mr. Randle may file written objections to this Recommendation if he

disagrees with the findings or conclusions in the Recommendation. Objections should be

specific and should include the factual or legal basis for the objection. To be considered,

objections must be received in the office of the Court Clerk within 14 days of this

Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without

independently reviewing the record. By not objecting, Mr. Randle may waive the right to

appeal questions of fact.

**II.**      **Discussion**

Leodis Randle, an inmate at the Pulaski County Detention Facility, filed this

federal civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket

entry #2) Because of Mr. Randle's litigation history, he is not eligible for *in forma*

*pauperis* status absent allegations that he is in imminent danger of serious bodily injury.[1]

Mr. Randle did not plead facts indicating imminent danger of serious physical injury;

thus, the Court ordered him to pay the statutory filing fee within 30 days of September

11, 2019, if he wished to pursue his claims. (#4)

To date, Mr. Randle has failed to comply with the Court's September 11, 2019

Order, and the time for doing so has passed. The Court specifically cautioned Mr. Randle

that his claims would be dismissed if he failed to address the filing fee requirement. (#4)

## III.    Conclusion

The Court recommends that Mr. Randle's claims be DISMISSED, without

prejudice, based on his failure to comply with this Court's September 11, 2019 Order and

his failure to prosecute this lawsuit.

DATED this 6th day of November, 2019.

_____

UNITED STATES MAGISTRATE JUDGE

---

[1] The following dismissals constitute "strikes" against Mr. Randle for purposes of determining eligibility for IFP status: *Randle v. Peters, et al.*, E.D. Ark. Case No. 4:14cv280-BRW; *Randle v. State of Arkansas, et al.*, E.D. Ark. Case No. 4:17cv291-BSM; and *Randle v. Doe*, E.D. Ark. Case No. 4:18cv529-BRW.