# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| LEODIS RANDLE<br>#2993-19<br>v. | No. 4:19-cv-630-DPM | PLAINTIFF |
| ERIC HIGGINS, Warden, Pulaski<br>County Detention Center; and<br>DOES, Commissary, Federal<br>Government, Marshals Office | | DEFENDANTS |

## ORDER

The Court adopts Magistrate Judge Deere's unopposed recommendation, № 6. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Randle hasn't paid the $400 filing and administrative fees or alleged that he's in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 November 2019