# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LEODIS RANDLE                                              PLAINTIFF
#2993-19
v.                          No. 4:19-cv-630-DPM

ERIC HIGGINS, Warden, Pulaski
County Detention Center; and
DOES, Commissary, Federal
Government, Marshals Office                                DEFENDANTS

## JUDGMENT

Randle's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 November 2019